UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(NORFOLK DIVISION)

| | | |
|---|---|---|
| DOUGLAS SHEPHERD, ALAN G. AND DELORES N. BARTEL, L.P., and 1400 HAMPTON BLVD., LLC, | : : : : : | |
| **Plaintiff** | : : : | |
| v. | : : | Case Number 2:10cv343 |
| NATIONWIDE MUTUAL INSURANCE COMPANY | : : : : | |
| and | : : | |
| 1400 HAMPTON BOULEVARD CONDOMINIUM ASSOCIATION, INC. | : : : : | |
| **Defendants** | : | |
| NATIONWIDE MUTUAL INSURANCE COMPANY | : : : : : | |
| **Plaintiff** | : : : | |
| v. | : | Case Number 2:10cv310 |
| DOUGLAS SHEPHERD | : : : : | |
| and | : : : | |
| ALAN G. AND DELORES N. BARTEL, L.P., | : : : : : | |
| and | : : : | |

| | |
|---|---|
| **1400 HAMPTON BLVD., LLC,** | : |
| | : |
| **and** | : |
| | : |
| **1400 HAMPTON BOULEVARD** | : |
| **CONDOMINIUM ASSOCIATION, INC.** | : |
| | : |
| | : |
| **Defendants** | : |

## MOTION TO CONSOLIDATE

COMES NOW Plaintiff/Defendant Nationwide Mutual Insurance Company ("Nationwide"), by counsel, and pursuant to Rule 42 of the Federal Rules of Civil Procedure, as follows:

Plaintiff/Defendant requests that the Court consolidate the above styled action, Douglas Shepherd, et al v. Nationwide Mutual Insurance Company, et al, Case Number, with Nationwide Mutual Insurance Company v. 1400 Hampton Blvd, LLC, et al, Case Number 2:10cv310.  Both actions involve the same parties, common questions of law and facts, and both actions seek the same determination of coverage under the same insurance policy.

WHEREFORE, Nationwide moves this Court to consolidate these two cases for hearing, trial, and any and all matters at issue.

                                              NATIONWIDE MUTUAL INSURANCE
                                              COMPANY
                                              By Counsel

/s/ Wayne F. Cyron
Wayne F. Cyron, Esquire
Va. Bar No. 12220
CYRON & MILLER
100 N. Pitt Street, Suite 200
Alexandria, Virginia 22314-3134
703-299-0600 Telephone
703-299-0603 Facsimile
wcyron@cyronmiller.com

/s/ James G. Smalley
James G. Smalley, Esq.
Va. Bar No. 20292
CYRON & MILLER
100 N. Pitt Street, Suite 200
Alexandria, Virginia 22314-3134
703-299-0600 Telephone
703-299-0603 Facsimile
jsmalley@cyronmiller.com

Counsel for Defendant Nationwide Mutual Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

> Randolph C. DuVall, Esq.
> Darlene P. Bradberry, Esq.
> Breeden, Salb, Beasley & DuVall, P.L.C.
> 555 East Main Street
> Suite 1210
> Norfolk, VA  23510
> Counsel for Defendants

> /s/ James G. Smalley
> James G. Smalley, Esquire
> Va. Bar No. 20292
> CYRON & MILLER
> 100 N. Pitt Street, Suite 200
> Alexandria, Virginia 22314-3134
> 703-299-0600 Telephone
> 703-299-0603 Facsimile
> jsmalley@cyronmiller.com