UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

DOUGLAS SHEPHERD, ALAN G. AND
DELORES N. BARTEL, L.P. and
1400 HAMPTON BLVD., LLC,

        Plaintiffs

vs.                                            Case No.: **2:10cv343**

NATIONWIDE MUTUAL INSURANCE
COMPANY and 1400 HAMPTON
BOULEVARD CONDOMINIUM
ASSOCIATION, INC.,

        Defendants

## DEFENDANT'S MOTION FOR REMAND TO STATE COURT

COMES NOW the defendant 1400 Hampton Boulevard Condominium Association, Inc. ("Association"), by counsel, under authority of 28 U.S.C. § 1447(a) to file this Motion to Remand to State Court, in opposition to the Notice of Removal filed by co-defendant Nationwide Mutual Insurance Company ("Nationwide"). The Association moves this Court for an Order remanding the matter to state court and awarding its actual costs incurred in securing remand, including attorney's fees. In support of this Motion, the Association states as follows:

1. The *Notice of Removal* filed by Nationwide was based on, "28 U.S.C. §§ 1332, 1367, 1441 and 1446." *Notice*, at 1. The cited provisions include subject-matter jurisdiction predicated on diversity of citizenship, supplemental subject-matter jurisdiction, general removal provisions and procedures governing removal.

2. The *Notice of Removal* is fatally defective as there is not complete diversity of citizenship to vest this Court with subject-matter jurisdiction under 28 U.S.C. § 1332.

3. The *Notice of Removal* is fatally defective as there is no basis for supplemental jurisdiction under 28 U.S.C. § 1367, as there is no subject matter jurisdiction for this Court to exercise.

4. The *Notice of Removal* is fatally defective as **all** defendants do not agree to the removal under 28 U.S.C. § 1441(a).

5. The *Notice of Removal* is fatally defective under 28 U.S.C. § 1441(b) as one of the defendants – the Association – is a citizen of the forum from which the action is to be removed.

6. The defendant Association does not agree with Nationwide's decision to remove the matter to this Court and believes that the matter would be more appropriately handled in its original Court – the Circuit Court for the City of Norfolk.

7. The defendant Association requests its costs and attorney's fees incurred in securing remand of the case to state court.

8. A cursory examination of the applicable law would have revealed that the federal courts do not properly have subject matter jurisdiction over the matter.

**WHEREFORE**, the defendant 1400 Hampton Boulevard Condominium Association, Inc. respectfully prays for; the entry of an *Order* remanding the matter to the state court; award of its costs and attorney's fees in securing remand under authority of 28 U.S.C. § 1447(c); and for such further relief as may be warranted.

                                                            /s/ John S. Norris, Jr.
                                                1400 Hampton Boulevard
                                                Condominium Association, Inc.

John S. Norris, Jr., Esquire (VSB #15860)
Robert M. Lorey, Esquire (VSB #48507)
Attorney for 1400 Hampton Boulevard
Condominium Association, Inc.
Norris, St. Clair & Lotkin
2840 S. Lynnhaven Road
Virginia Beach, Virginia 23452
757-498-7700
757-498-7744 (fax)
jnorris@norrisstclair.com
rlorey@norrisstclair.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of August, 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| **1400 Hampton Blvd, LLC**<br>   *Plaintiff*<br><br>**Alan G. and Delores N. Bartel, LP**<br>   *Plaintiff*<br><br>**Douglas Shepherd**<br>   *Plaintiff* | **Randolph Courtland DuVall, Esquire**<br>**Darlene Paige Bradberry, Esquire**<br>Breeden Salb Beasley & DuVall<br>1210 First Virginia Tower<br>555 Main Street<br>Norfolk, VA 23510-2234<br>(757) 622-1111<br>(757) 622-4049 (fax)<br>duvall@breedenlaw.net<br>dbradberry@breedenlaw.net |
| **Nationwide Mutual Insurance Company**<br>   *Defendant* | **Wayne F. Cyron, Esquire**<br>**James G. Smalley, Esquire**<br>Law Offices of Wayne F. Cyron<br>100 N. Pitt St<br>Suite 200<br>Alexandria, VA 22314<br>(703) 299-0600<br>wcyron@cyronmiller.com<br>jsmalley@cyronmiller.com |

                                                            /s/ John S. Norris, Jr.\_\_\_\_

John S. Norris, Jr., Esquire (VSB #15860)
Robert M. Lorey, Esquire (VSB #48507)
Attorney for 1400 Hampton Boulevard
Condominium Association, Inc.
Norris, St. Clair & Lotkin
2840 S. Lynnhaven Road
Virginia Beach, Virginia 23452
757-498-7700
757-498-7744 (fax)
jnorris@norrisstclair.com
rlorey@norrisstclair.com